**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**


**In RE:** GERALDINE ELIZABETH BENDER                    **Case No.** 16-03125


### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address,
pertaining to both notices and payments, listed in the above stated case be changed;


FROM:                                         TO:

Fay Servicing, LLC                            Fay Servicing, LLC

939 W North Avenue,                           440 S. LaSalle Street,

Suite 680                                     Suite 2000

Chicago, IL 60642                             Chicago, IL 60605


Dated: 5/9/2017                               /s/ Ashley Boswell

                                              Creditor's Authorized Agent for Fay Servicing LLC