UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In RE:     Case No. 16-03125
    GERALDINE ELIZABETH BENDER

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both notices and payments, listed in the above stated case be changed;

| FROM: | TO: |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 440 S. LaSalle St. | 3000 Kellway Dr. |
| Suite 2000 | Ste 150 |
| Chicago, IL 60605 | Carrollton, TX 75006 |

Dated: 08/17/2017                          /s/ Padma Vaghela

                                                       Creditor's Authorized Agent for Fay Servicing LLC