```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-03125-JJT
Geraldine Elizabeth Bender                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: LyndseyPr     Page 1 of 1     Date Rcvd: Sep 29, 2017
                       Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2017.
4864576     +U.S. Bank National Association, Trustee(See 410),   c/o Fay Servicing,LLC Bankruptcy Depart.,   939 W. North Avenue Suite 680,   Chicago, Illinois 60642-1231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2017 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         Jeniece Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") jeniece@mvrlaw.com,   bonnie@mvrlaw.com
         John F Goryl    on behalf of Creditor    Fay Servicing, LLC bkgroup@kmllawgroup.com
         Joseph R. Baranko, Jr.    on behalf of Debtor Geraldine Elizabeth Bender josephb@slusserlawfirm.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                         TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:16-bk-03125-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Geraldine Elizabeth Bender
304 Fourth Street
Weatherly PA 18255-1417

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/29/2017.

Name and Address of Alleged Transferor(s):

Claim No. 5: U.S. Bank National Association, Trustee(See 410), c/o Fay Servicing,LLC Bankruptcy Depart., 939 W. North Avenue Suite 680, Chicago, Illinois 60642

Name and Address of Transferee:

US Bank Trust National Association as Trustee
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038
US Bank Trust National Association as Tr
c/o BSI Financial Services

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/01/17

Terrence S. Miller
**CLERK OF THE COURT**