IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>Geraldine Elizabeth Bender<br><br><br>Debtor | :<br>:<br>:<br>:<br>:<br>:<br>: | CHAPTER 13 BANKRUPTCY<br><br><br>NO. 5:16-bk-03125 |
|---|---|---|
| Geraldine Elizabeth Bender,<br><br>Movant<br><br>v.<br><br>BSI Financial Services<br>314 South Franklin Street<br>Second Floor<br>Titusville, PA 16354<br><br>And<br><br>Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541<br><br>And<br><br>Charles J. DeHart, III, Esquire,<br>Trustee,<br><br>Respondents | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |

## NOTICE

The Debtor, Geraldine Elizabeth Bender, who resides at 304 Fourth Street, Weatherly, PA 18255, has applied to the Court seeking authority to sell real estate free and clear at 304 Fourth Street, Weatherly, PA 18255, for the sum of approximately $99,000.00 to Sara Jane Stallone and Jacob John Stallone, III. This is an arms length transaction. Settlement will occur in the county where the property is located or in an adjacent county, during normal business hours, unless Buyer and Seller agree otherwise. Inquiries regarding the sale, statements describing the property or examination of the property may be directed to Debtor's counsel at the address listed below. The sale may be subject to higher and better offers and will not be advertised.

Copies of all documents filed in connection with this matter are available for inspection at the Clerk's office located on the Third Floor of the Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, PA 17101.

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this Motion, objection or other matter without further notice or hearing unless a party in interest files and objection/response within twenty-one (21) days of the date of the notice. If you object to the relief requested, you must file your objection/response with the Clerk, U.S. Bankruptcy Court, 228 Walnut Street, Third Floor, Harrisburg, PA 17108-0908 and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve and objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Respectfully submitted,

**THE SLUSSER LAW FIRM**
I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Date: 6/12/19        BY: _____
Joseph R. Baranko, Jr., Esquire
Supr. ID #39124
Attorney for Debtor
1620 North Church Street, Suite 1
Hazleton, PA 18202
Telephone: (570) 453-0463
Fax: (570) 453-0273
Email: joeb@slusserlawfirm.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Geraldine Elizabeth Bender,
aka Geraldine E Bender, aka Geraldine Bender,

**Debtor 1**

Chapter: 13

Case number: 5:16-bk-03125-RNO

Document Number: 46

Matter: Motion for Sale Free and Clear of Liens

Geraldine Elizabeth Bender,
aka Geraldine E Bender, aka Geraldine Bender
**Movant(s)**

vs.

BSI Financial Services
314 South Franklin Street
Second Floor
Titusville, PA 16354
And
Portfolio Recovery Associates, LLC P.O. Box 12914
Norfolk, VA 23541
And
Charles J. DeHart, III, Esquire, Trustee,
**Respondent(s)**

### Order

Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above-referenced Motion shall be made by the moving party on all respondent(s) named in the Motion claiming an interest in the property, counsel, and in a Chapter 11 case service shall also be made upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R 4001-6. Service shall be made within seven (7) days from the date hereof and certification of service filed with this Court within fourteen (14) days from the date hereof.

**IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court, within fourteen (14) days from the service date of this Order. If no Response is filed, relief may be granted. A hearing will be held if a responsive pleading is timely filed, requested by the moving party, or ordered by the Court. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the below date and time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701 | Date: 7/23/19 |
| --- | --- |
| | Time: 09:30 AM |

Dated: June 11, 2019

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge

Initial requests for a continuance of hearing *(L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

orreshrg(5/18)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 BANKRUPTCY |
|---|---|---|
| Geraldine Elizabeth Bender | : | |
| | : | NO. 5:16-bk-03125 |
| Debtor | : | |

| Geraldine Elizabeth Bender, | : | |
|---|---|---|
| Movant | : | |
| v. | : | |
| BSI Financial Services<br>314 South Franklin Street<br>Second Floor<br>Titusville, PA 16354 | : | |
| And | : | |
| Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | : | |
| And | : | |
| Charles J. DeHart, III, Esquire,<br>Trustee, | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, Joseph R. Baranko, Jr., Esquire, do hereby certify that a true and correct copy of the Notice, Motion for Approval of Sale, and Order dated June 11, 2019 was served via electronically notifying parties or by depositing a true and correct copy of the same via U.S first class mail, postage prepaid upon the parties listed on the mailing matrix attached hereto.

*(signature on second page)*

Respectfully submitted,

**THE SLUSSER LAW FIRM**
I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Date: 6/12/19     BY: _____
Joseph R. Baranko, Jr., Esquire
Supr. ID #39124
Attorney for Debtor/Movant,
Geraldine Elizabeth Bender
1620 North Church Street, Suite 1
Hazleton, PA 18202
Telephone: (570) 453-0463
Fax: (570) 453-0273
Email: joeb@slusserlawfirm.com

| | |
|---|---|
| GERALDINE ELIZABETH BENDER<br>304 FOURTH STREET<br>WEATHERLY, PA 18255-1417 | LOWE'S/SYNCHRONY BANK<br>P.O. BOX 530914<br>ATLANTA, GA 30353-0914 |
| JOSEPH R. BARANKO, JR.<br>THE SLUSSER LAW FIRM<br>1620 N CHURCH ST.<br>HAZLETON, PA 18202 | MARTHA E. VON ROSENSTIEL, ESQUIRE<br>649 S. AVENUE<br>SUITE 6<br>BROOKHAVEN, PA 19015 |
| AMERIFINANCIAL SOLUTIONS<br>P.O. BOX 65018<br>BALTIMORE, MD 21264 | NATIONAL RECOVERY AGENCY<br>2491 PAXTON STREET<br>HARRISBURG, PA 17111 |
| CORPORATE FAMILY CREDIT UNION<br>2075 BIG TIMBER ROAD<br>ELGIN, IL 60123 | PORTFOLIO RECOVERY ASSOCIATES<br>120 CORPORATE BLVD, STE 100<br>NORFOLK, VA 23502 |
| CORPORATE FAMILY CREDIT UNION<br>2075 BIG TIMBER ROAD<br>ELGIN, IL 60123 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>120 CORPORATE BLVD, STE 100<br>NORFOLK, VA 23502 |
| DEPARTMENT OF TREASURY/IRS<br>P.O. BOX 9052<br>ANDOVER, MD 01810-9052 | REMIT CORPORATION<br>P.O. BOX 7<br>BLOOMSBURG, PA 17815-0007 |
| DEPARTMENT OF TREASURY/IRS<br>P.O. BOX 9052<br>ANDOVER, MD 01810-4544 | SEARS CREDIT CARD<br>P O BOX 9001055<br>LOUISVILLE, KY 40290-1055 |
| INTERNAL REVENUE SERVICE<br>FRESNO, CA 93888-0419 | USCB CORPORATION<br>101HARRISON STREET<br>ARCHBALD, PA 18403 |
| INTERNAL REVENUE SERVICE<br>FRESNO, CA 93888 | VALENTINE AND KEBARTAS, INC.<br>P.O. BOX 325<br>LAWRENCE, MA 01842 |
| JP MORGAN CHASE BANK<br>C/O SETERUS, INC.<br>14523-SW MILLIKAN WAY, SUITE 200<br>BEAVERTON, OR 97005 | WALMART MASTER CARD/SYNCB<br>P.O. BOX 960024<br>ORLANDO, FL 32896-0024 |