IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 BANKRUPTCY |
|---|---|---|
| Geraldine Elizabeth Bender | : | |
| | : | NO. 5:16-bk-03125 |
| Debtor | : | |

| Geraldine Elizabeth Bender, | : | |
|---|---|---|
| Movant | : | |
| v. | : | |
| BSI Financial Services<br>314 South Franklin Street<br>Second Floor<br>Titusville, PA 16354 | : | |
| And | : | |
| Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | : | |
| And | : | |
| Charles J. DeHart, III, Esquire,<br>Trustee, | : | |
| Respondents | : | |

PRAECIPE TO WITHDRAW THE MOTION FOR
APPROVAL OF THE SALE OF REAL PROPERTY
FREE AND CLEAR OF ALL LIENS, ENCUMBRANCES,
SECURITY INTERESTS, ETC.

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

*(Continued on Next Page)*

Debtor/Movant, Geraldine Elizabeth Bender, hereby moves to withdraw the Motion for Approval of the Sale of Real Property Free and Clear of all Liens, Encumbrances, Security Interests, Etc., as the Purchasers are no longer interested in acquiring the subject property.

Respectfully submitted,

THE SLUSSER LAW FIRM

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Date: 7/15/19   BY: _____
Joseph R. Baranko, Jr., Esquire
Supr. ID #39124
Attorney for Debtor/Movant,
Geraldine Elizabeth Bender
1620 North Church Street, Suite 1
Hazleton, PA 18202
Telephone: (570) 453-0463
Fax: (570) 453-0273
Email: joeb@slusserlawfirm.com