# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13 BANKRUPTCY** |
| | : | |
| **Geraldine Elizabeth Bender** | : | |
| | : | |
| | : | **NO. 5:16-bk-03125** |
| | : | |
| Debtor | : | |

| | |
|---|---|
| **Geraldine Elizabeth Bender,** | : |
| | : |
| **Movant** | : |
| | : |
| v. | : |
| | : |
| **BSI Financial Services** | : |
| **314 South Franklin Street** | : |
| **Second Floor** | : |
| **Titusville, PA 16354** | : |
| | : |
| **And** | : |
| | : |
| **Portfolio Recovery Associates, LLC** | : |
| **P.O. Box 12914** | : |
| **Norfolk, VA 23541** | : |
| | : |
| **And** | : |
| | : |
| **Charles J. DeHart, III, Esquire,** | : |
| **Trustee,** | : |
| | : |
| **Respondents** | : |

## CERTIFICATE OF CONCURRENCE

I, Joseph R. Baranko, Jr., Esquire, counsel for the Movant, Geraldine Bender, hereby

certify that I communicated with Michael C. Mazack, Esquire, attorney for Respondent, BSI

Financial Services, who filed a Limited Response in this matter regarding Movant's Praecipe to

Withdraw the Motion to Sell Real Property Free and Clear of all Liens, Encumbrances, and

Security Interests.  Attorney Mazack indicated he has no objections and does concur with the request to withdraw the Motion.

BSI Financial is the only Respondent to submit a response in this proceeding.

Respectfully submitted,

**THE SLUSSER LAW FIRM**

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania:  Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Date: ___7/17/2019___,   BY: _____

Joseph R. Baranko, Jr., Esquire
Supr. ID #39124
Attorney for Debtor/Movant,
Geraldine Elizabeth Bender
1620 North Church Street, Suite 1
Hazleton, PA 18202
Telephone:  (570) 453-0463
Fax:  (570) 453-0273
Email:  joeb@slusserlawfirm.com