# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **CHAPTER 13 BANKRUPTCY** |
| **Geraldine Elizabeth Bender** | : | |
| | : | |
| | : | **NO. 5:16-bk-03125** |
| | : | |
| **Debtor** | : | |

| | |
|---|---|
| **Geraldine Elizabeth Bender,** | : |
| | : |
| **Movant** | : |
| | : |
| **v.** | : |
| | : |
| **BSI Financial Services** | : |
| **314 South Franklin Street** | : |
| **Second Floor** | : |
| **Titusville, PA 16354** | : |
| | : |
| **And** | : |
| | : |
| **Portfolio Recovery Associates, LLC** | : |
| **P.O. Box 12914** | : |
| **Norfolk, VA 23541** | : |
| | : |
| **And** | : |
| | : |
| **Charles J. DeHart, III, Esquire,** | : |
| **Trustee,** | : |
| | : |
| **Respondents** | : |

## CERTIFICATE OF SERVICE

I, Joseph R. Baranko, Jr., Esquire, do hereby certify that a true and correct copy of the Certificate of Concurrence, was served upon the parties listed below:

Jeniece Davis on behalf of Creditor Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), ***via email: jeniece@mvrlaw.com; bonnie@mvrlaw.com***

Charles J. DeHart, III (Trustee), ***via email: twecf@pamd13trustee.com***

John F. Goryl on behalf of Creditor Fay Servicing, LLC, *via email:*
*bkgroup@kmllawgroup.com*

Michael C. Mazack on behalf of Interested Party BSI Financial Services, *via email:*
*mmazack@lynchlaw-group.com*

United States Trustee, *via email: ustpregion03.ha.ecf@usdoj.gov*

Fay Servicing, LLC, 3000 Kellway Drive, Suite 150, Carollton, TX 75006

PROF-2013-M4 Legal Title Trust II, BY U.S. Bank National Association, as Legal Title Trustee, U.S. Bank Trust National Association as Trustee of the Igloo Series III Trust, Padma Vaghela on behalf of Creditor Fay Servicing, LLC, AIS Data Services 1212 Corporate Drive, Suite 400, Irving, TX 75038

          Respectfully submitted,

          **THE SLUSSER LAW FIRM**
          I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Date: ___07/17/2019_____     BY:     /S/ Joseph R. Baranko, Jr._____
                                                                Joseph R. Baranko, Jr., Esquire
                                                                Supr. ID #39124
                                                                Attorney for Debtor/Movant,
                                                                Geraldine Elizabeth Bender
                                                                1620 North Church Street, Suite 1
                                                                Hazleton, PA 18202
                                                                Telephone: (570) 453-0463
                                                                Fax: (570) 453-0273
                                                                Email: joeb@slusserlawfirm.com