```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 16-03125-RNO
Geraldine Elizabeth Bender                                          Chapter 13
          Debtor                  CERTIFICATE OF NOTICE

District/off: 0314-5          User: LyndseyPr            Page 1 of 2              Date Rcvd: Jul 17, 2019
                              Form ID: pdf010            Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
```
db              Geraldine Elizabeth Bender,    304 Fourth Street,    Weatherly, PA 18255-1417
aty            +Padma Vaghela,    AIS Data Services,    1212 Corporate Drive,,    Suite 400,,
                 Irving, TX 75038-2704
cr             #+Fay Servicing, LLC,    3000 Kellway Dr,Ste 150,    Carrollton, TX 75006-3357
4818324        +AMERIFINANCIAL SOLUTIONS,     P.O. BOX 65018,    BALTIMORE, MD 21264-5018
4981374        +BSI Financial Services,    1425 Greenway Drive, Ste. 400,    Irving, TX 75038-2480
4818326        +CORPORATE FAMILY CREDIT UNION,     2075 BIG TIMBER ROAD,    ELGIN, IL 60123-1140
4850604       #+Fay Servicing, LLC,    3000 Kellway Dr.,    Ste. 150,    Carollton, TX 75006-3357
4818329        +INTERNAL REVENUE SERVICE FRESNO,,    CA 93888-0001
4818323        +JOSEPH R. BARANKO, JR. THE SLUSSER LAW FIRM,    1620 N CHURCH ST.,    HAZLETON, PA 18202-9509
4818331        +JP MORGAN CHASE BANK C/O SETERUS, INC.,    14523-SW MILLIKAN WAY, SUITE 200,
                 BEAVERTON, OR 97005-2352
4818332         LOWE'S/SYNCHRONY BANK P.O. BOX 530914,    ATLANTA, GA 30353-0914
4818333         MARTHA E. VON ROSENSTIEL, ESQUIRE,    649 S. AVENUE,    SUITE 6,    BROOKHAVEN, PA 19015
4818337       ++REMIT CORPORATION,    P O BOX 7,    BLOOMSBURG PA 17815-0007
                (address filed with court: REMIT CORPORATION,     P.O. BOX 7,    BLOOMSBURG, PA 17815-0007)
4818338         SEARS CREDIT CARD,    P.O. BOX 9001055,    LOUISVILLE, KY 40290-1055
4864576        +U.S. Bank National Association, Trustee(See 410),    c/o Fay Servicing,LLC Bankruptcy Depart.,
                 939 W. North Avenue Suite 680,    Chicago, Illinois 60642-1231
4974749        +US Bank Trust National Association as Trustee,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
4974750        +US Bank Trust National Association as Trustee,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,    Irving, TX 75038,    US Bank Trust National Association as Tr,
                 c/o BSI Financial Services 75038-2480
4818339         USCB CORPORATION,    IOIHARRISON STREET,    ARCHBALD, PA 18403
4818340        +VALENTINE AND KEBARTAS, INC.,    P.O. BOX 325,    LAWRENCE, MA 01842-0625
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4818325        +E-mail/Text: solutions@cafcu.org Jul 17 2019 19:20:04     CORPORATE AMERICA FAMILY CREDIT UNION,
                 2075 BIG TIMBER ROAD,    ELGIN, IL 60123-1140
4818327         E-mail/Text: cio.bncmail@irs.gov Jul 17 2019 19:19:37     DEPARTMENT OF TREASURY/IRS,
                 P.O. BOX 9052,    ANDOVER, MD 01810-9052
4818334        +E-mail/Text: Bankruptcies@nragroup.com Jul 17 2019 19:20:13     NATIONAL RECOVERY AGENCY,
                 2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
4818335         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 19:25:45
                 PORTFOLIO RECOVERY ASSOCIATES,    120 CORPORATE BLVD, STE 100,     NORFOLK, VA 23502
4863541         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 19:25:10
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4818341         E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 19:24:35     WALMART MASTER CARD/SYNCB,
                 P.O. BOX 960024,    ORLANDO, FL 32896-0024
                                                                                             TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PROF-2013-M4 Legal Title Trust II, By U.S. Bank Na
cr              US Bank Trust National Association as Trustee of t
intp*          +BSI FINANCIAL SERVICES,    1425 GREENWAY DRIVE, SUITE 400,    IRVING, TX 75038-2480
cr*            +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste. 150,    Carollton, TX 75006-3357
4818322*        GERALDINE ELIZABETH BENDER,    304 FOURTH STREET,    WEATHERLY, PA 18255-1417
4818328*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: DEPARTMENT OF TREASURY/IRS,     P.O. BOX 9052,
                 ANDOVER, MD 01810-4544)
4818330*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: INTERNAL REVENUE SERVICE,     FRESNO, CA 93888)
4818336*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: PORTFOLIO RECOVERY ASSOCIATES, LLC,     120 CORPORATE BLVD, STE 100,
                 NORFOLK, VA 23502)
                                                                                   TOTALS: 2, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Jeniece  Davis     on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae") jeniece@mvrlaw.com, bonnie@mvrlaw.com
              John F Goryl     on behalf of Creditor    Fay Servicing, LLC bkgroup@kmllawgroup.com
              Joseph R. Baranko, Jr.     on behalf of Debtor 1 Geraldine Elizabeth Bender
               josephb@slusserlawfirm.com
              Michael C Mazack     on behalf of Interested Party    BSI FINANCIAL SERVICES
               mmazack@lynchlaw-group.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Geraldine Elizabeth Bender**<br>aka Geraldine E Bender<br>aka Geraldine Bender<br><br>**Debtor 1** | Chapter: 13<br><br>Case No.: 5:16-bk-03125-RNO |
| **Geraldine Elizabeth Bender**<br><br>vs.    **Movant(s)**<br><br>**BSi Financial Services, portfolio Recovery Associates, LLC and Charles J. DeHart, III, Esquire**<br><br>**Respondent(s)** | Document No.:<br><br>Nature of Proceeding:    Motion for Sale of Property Free and Clear of Liens |

## ORDER APPROVING WITHDRAWAL

IT APPEARING that notice of this withdrawal has been given, **IT IS HEREBY**

**ORDERED** that the Withdrawal filed July 15, 2019 regarding Motion for Sale of Property Free and Clear of Liens is APPROVED.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(BI)

July 17, 2019

Ord Approving Withdrawal - Revised 04/18