UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Wilkes-Barre)

| | |
|---|---|
| In Re: | : |
| | : CHAPTER 13 |
| Geraldine Elizabeth Bender | : CASE NO. 5:16-bk-03125-RNO |
| | : |
| | : |
| **Debtor** | : |
| | : |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby enters his appearance as counsel for Creditor, **U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust**, in the above proceeding and requests per Rule 2002(g) and 9010(b) that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

                Brian E. Caine, Esq.
                PARKER McCAY P.A.
                9000 Midlantic Drive, Suite 300
                Mount Laurel, NJ 08054
                (856) 985-4059
                bcaine@parkermccay.com

DATED: September 23, 2020

                By: /s/ Brian E. Caine
                BRIAN E. CAINE, ESQ.
                PA Attorney ID #86057
                **PARKER McCAY P.A.**
                9000 Midlantic Drive; Suite 300
                P.O. Box 5054
                Mt. Laurel, NJ 08054
                (856) 985-4059
                Fax (856)-596-3427
                bcaine@parkermccay.com
                Attorney for U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust