# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 BANKRUPTCY |
| Geraldine Elizabeth Bender | : | |
| | : | |
| | : | NO. 5:16-bk-03125 |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Joseph R. Baranko, Jr., Esquire, do hereby certify that a true and correct copy of the Certifications Regarding Domestic Support Obligations was served upon the parties listed below:

Jeniece Davis on behalf of Creditor Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), ***via email: jeniece@mvrlaw.com; bonnie@mvrlaw.com***

Charles J. DeHart, III (Trustee), ***via email: twecf@pamd13trustee.com***

John F. Goryl on behalf of Creditor Fay Servicing, LLC, ***via email: bkgroup@kmllawgroup.com***

Michael C. Mazack on behalf of Interested Party BSI Financial Services, ***via email: mmazack@lynchlaw-group.com***

United States Trustee, ***via email: ustpregion03.ha.ecf@usdoj.gov***

Fay Servicing, LLC, 3000 Kellway Drive, Suite 150, Carollton, TX 75006

Brian E. Caine on behalf of Creditor US Bank Trust National Association as Trustee of the Igloo Series III Trust, ***via email: bcaine@parkermccay.com; BKcourtnotices@parkermccay.com***

PROF-2013-M4 Legal Title Trust II, BY U.S. Bank National Association, as Legal Title Trustee, c/o Michael C. Mazack, Esquire, 501 Smith Drive, Suite 3, Cranberry Township, PA 16066

Padma Vaghela on behalf of Creditor Fay Servicing, LLC, AIS Data Services, 1212 Corporate Drive, Suite 400, Irving, TX 75038

Fay Servicing, LLC, 3000 Kellway Drive, Suite 150, Carollton, TX 75006

Respectfully submitted,

**THE SLUSSER LAW FIRM**

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Date: ___02/25/2021_____　　　BY:　/S/ Joseph R. Baranko, Jr._____
　　　　　　　　　　　　　　　　　　Joseph R. Baranko, Jr., Esquire
　　　　　　　　　　　　　　　　　　Supr. ID #39124
　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　Geraldine Elizabeth Bender
　　　　　　　　　　　　　　　　　　1620 North Church Street, Suite 1
　　　　　　　　　　　　　　　　　　Hazleton, PA 18202
　　　　　　　　　　　　　　　　　　Telephone:  (570) 453-0463
　　　　　　　　　　　　　　　　　　Fax:  (570) 453-0273
　　　　　　　　　　　　　　　　　　Email:  joeb@slusserlawfirm.com