**Joe Baranko**

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Saturday, February 27, 2021 9:21 AM |
| **To:** | Joe Baranko |
| **Subject:** | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Geraldine Elizabeth Bender, Case Number: 16-03125, RNO, Ref: [p-161363964] |
| **Attachments:** | B_P516031253180W0251.PDF |

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

February 28, 2021

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Geraldine Elizabeth Bender, Case Number 16-03125, RNO

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701**

Undeliverable Address:
Fay Servicing, LLC
3000 Kellway Dr, Ste 150
Carrollton, TX 75006

Role type/cr id: cr
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

*Box 809441*
*Chicago Ill. 60680*

1

Undeliverable Address:
Fay Servicing, LLC
3000 Kellway Dr.
Ste. 150
Carollton, TX 75006

Role type/cr id: 4850604
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

_____   _____3/1/21_____
Signature of Debtor or Debtor's Attorney        Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**